UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STOCKDALE PLAZA LLC,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00497 AWI JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 9) |

　　　The parties have stipulated to the action being dismissed with prejudice, with each side to bear their own fees and costs. (Doc. 9) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated: __**June 25, 2021**__　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE